```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/05/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

**JANE DOE 1, JANE DOE 2, and JANE DOE 3,**

    Plaintiffs,

v.

**PALPUNG THUBTEN CHÖLING, f/k/a KAGYU THUBTEN CHÖLING,**

    Defendant.

------------------------------------------------------X

Case No.: 7:23-cv-10117

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**

Upon the motion of Plaintiffs for an *ex parte* order permitting Plaintiffs to proceed anonymously, it is hereby

ORDERED that Plaintiffs' Motion to Proceed Anonymously is GRANTED. Accordingly,

a. Plaintiffs will be called Jane Doe 1, Jane Doe 2, and Jane Doe 3 in all court filings;

b. Defendant, Defendant's counsel, or anyone working in concert with them, may not publicly disclose Plaintiffs' identities;

c. All documents containing Plaintiffs' actual names or personally identifiable information must be filed under seal with redacted copies of such documents publicly filed (and redactions must be made so that Plaintiffs' identity or their actual names cannot be discerned from the redacted filings).

The Clerk of the Court is directed to terminate the motion at ECF No. 5.

Dated: January 5, 2024

      White Plains, NY

                                                                _____
                                                                 Nelson S. Román, U.S.D.J.