**MEMO ENDORSED**

**ABV Allegaert Berger & Vogel LLP**

ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

www.ABV.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/11/2024

March 8, 2024

**The parties' request is GRANTED. All proceedings are stayed until June 6, 2024. The Parties are directed to submit a joint status report on the progress of settlement on June 6, 2024. Alternatively, if settlement is reached, the parties shall notify the Court in writing by that date. The Clerk of the Court is directed to terminate the motion at ECF No. 20.**

SO ORDERED:

[signature]

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Dated: March 11, 2024
White Plains, NY

BY ECF
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Jane Doe 1, et al. v. Palpung Thubten Chöling, f/k/a Kagyu Thubten Chöling*, Civ. A. No. 23-10117-NSR

Dear Judge Román:

My firm represents Defendant Palpung Thubten Chöling, f/k/a Kagyu Thubten Chöling ("PTC") and we write with the consent of counsel for Plaintiffs Jane Doe 1, Jane Doe 2, and Jane Doe 3 (together, "Plaintiffs").

Earlier today, PTC filed its Answer to the Complaint. In the interests of efficiency and judicial economy, PTC and Plaintiffs jointly request a ninety (90) day stay of all proceedings in this action in order to provide the parties sufficient time to engage in settlement discussions. There have been no previous requests to stay proceedings and, currently, there is no scheduling order in place, nor has a preliminary conference been scheduled. (There has been one previous request for an extension of PTC's time to respond to Plaintiff's Complaint to March 8, 2024, which was granted.) The parties respectfully submit that a stay of this length is necessary because of the complexities of this matter, which involves multiple Plaintiffs and allegations going back to the 1980s and in some instances earlier. Accordingly, we respectfully ask the Court to stay the proceedings for ninety days, up to and including June 6, 2024.

We thank the Court for its consideration of this request.

Respectfully submitted,

[signature]

Michael S. Vogel

cc:   All counsel of record (by ECF)