**MEMO ENDORSED**

**ABV** Allegaert Berger & Vogel LLP

ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

www.ABV.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/07/2024

June 6, 2024

**BY ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Jane Doe 1, et al. v. Palpung Thubten Chöling,
f/k/a Kagyu Thubten Chöling*, Civ. A. No. 23-10117

Dear Judge Román:

      My firm represents Defendant Palpung Thubten Chöling, f/k/a Kagyu Thubten Chöling ("PTC"). We write with the consent of counsel for Plaintiffs Jane Doe 1, Jane Doe 2, and Jane Doe 3 (together, "Plaintiffs") pursuant to this Court's March 11, 2024, Order, which at the parties' request stayed proceedings through June 6, 2024, to allow for settlement discussions and directed the parties to submit at that time a joint status report on the progress of those settlement discussions.

      Since March 11, counsel for the parties have met and conferred on several occasions to negotiate the parameters and logistics of mediation, as well as to discuss substantive matters relevant to settlement negotiations. Because the parties have jointly identified a preferred (and available) mediator and are continuing to meet and confer as to other matters relevant to the mediation, the parties request an additional ninety (90) day stay of proceedings, until September 4, 2024, in order to facilitate ongoing settlement discussions.

      There has been one previous request to stay proceedings and, currently, there is no scheduling order in place, nor has a preliminary conference been scheduled. (There has also been one previous request for an extension of PTC's time to respond to Plaintiff's Complaint to March 8, 2024, which was granted.) The parties respectfully submit that a stay of this length is necessary because of the complexities of this matter, which involves multiple individual Plaintiffs living in separate locations across the United States, as well as allegations going back to the 1980s and in some instances earlier.

**ABV** Allegaert Berger & Vogel LLP

The Honorable Nelson S. Román
June 6, 2024
Page 2

       Accordingly, the parties jointly respectfully ask the Court to stay the proceedings for an additional ninety days, up to and including September 4, 2024.

       We thank the Court for its consideration of this request.

                                   Respectfully submitted,

                                   Michael S. Vogel

cc:    All counsel of record (by ECF)

**The parties' request is GRANTED. All proceedings are stayed until September 4, 2024. The Parties are directed to submit a joint status report on the progress of settlement on September 4, 2024. Alternatively, if settlement is reached, the parties shall notify the Court in writing by that date. The Clerk of the Court is directed to terminate the motion at ECF No. 22.**

**Dated: June 7, 2024**
      **White Plains, NY**             SO ORDERED:

                                 HON. NELSON S. ROMÁN
                                 UNITED STATES DISTRICT JUDGE