**ABV** Allegaert Berger & Vogel LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/10/2025__

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

www.ABV.com

December 9, 2025

BY ECF
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> *Jane Doe 1, et al. v. Palpung Thubten Chöling,*
> *f/k/a Kagyu Thubten Chöling*, Civ. A. No. 23-10117

**MEMO ENDORSED**

**(see p. 2)**

Dear Judge Román:

My firm represents Defendant Palpung Thubten Chöling, f/k/a Kagyu Thubten Chöling ("PTC"). We write jointly with counsel for Plaintiff Jane Doe 1 ("Plaintiff") pursuant to (1) this Court's August 30, 2024, Order, which discontinued this action, subject to reopening should a settlement not be consummated on or before October 14, 2024, (2) this Court's November 12, 2024, Order, extending the parties' time to consummate a settlement through February 13, 2025, (3) this Court's February 13, 2025 Order, further extending the parties deadline through April 14, 2025, (4) this Court's April 14, 2025 Order, further extending the parties' deadline through July 14, 2025, (5) this Court's July 10, 2025 Order, further extending the parties' deadline through November 11, 2025, and (6) this Court's November 10, 2025 Order, further extending the parties' deadline through January 10, 2026.

Pursuant to Stipulation dated December 4, 2025, Plaintiffs Jane Doe 2 and Jane Doe 3 dismissed their claims with prejudice against PTC. As such, Plaintiff Jane Doe 1 is the only Plaintiff remaining in this action.

We are pleased to report that Plaintiff Jane Doe 1 and PTC have reached an agreement pursuant to which Plaintiff Jane Doe 1 will agree not to seek payment from PTC but will continue to pursue certain claims against PTC's insurers. In furtherance of this agreement, the parties jointly and respectfully request that the Court adjourn *sine die* the deadline to consummate a settlement and stay the above-captioned action pending resolution of Plaintiff Jane Doe 1's insurance claims.

**ABV** Allegaert Berger & Vogel LLP

The Honorable Nelson S. Román
December 9, 2025
Page 2

Counsel for the parties are prepared to make themselves available for a Zoom conference with Your Honor to explain in camera the nature of the agreement reached by the parties and the need for the adjournment and stay requested herein should Your Honor desire.

There have been nine previous requests to stay proceedings (which includes prior requests for time to consummate the settlement), which requests were granted. Currently, there is no scheduling order in place, nor has a preliminary conference been scheduled. (There has also been one previous request for an extension of PTC's time to respond to Plaintiffs' Complaint to March 8, 2024, which was granted.)

Accordingly, the parties jointly respectfully ask the Court to adjourn *sine die* the deadline to consummate a settlement and stay the above-captioned action pending resolution of Plaintiff Jane Doe 1's insurance claims.

We thank the Court for the assistance it has provided to the parties and for its consideration of this request.

Respectfully submitted,

*Michael S. Vogel*

Michael S. Vogel

cc:    All counsel of record (by ECF)

**The Court GRANTS the joint request to adjourn *sine die* the deadline to consummate a settlement and stay the above-captioned action pending resolution of Plaintiff Jane Doe 1's insurance claims. The Clerk of Court is kindly requested to terminate the motion at ECF No. 42.**

**Dated: December 10, 2025**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE